UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT AND PLEA

<u>Lexington</u>       Case No. <u>17-CR-118-KKC-REW</u>       At <u>Lexington</u>    Date <u>December 19, 2017</u>

U.S.A. vs. <u>Katherine E. Matthews</u>    <u>x</u> present <u>x</u> custody <u>___</u>bond <u>___</u>OR <u>___</u>AGE

---

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned Defendant, and advised her of her constitutional rights. Defendant advised that she retained counsel. Accordingly, the Clerk **SHALL TERMINATE** Hon. Andrew Stephens, previously drawn CJA counsel, as counsel of record. The Court covered all charges and potential penalties. The United States advised that there are no victim notification duties in this case.

The Government did not seek pretrial detention. The Court released Defendant on the conditions announced and further set out in the Order Setting Conditions of Release. The Court specifically permitted Defendant to engage in the Kentucky—Florida—California travel arrangements as discussed in open court and as known in detail to the USPO. While in Naples over Christmas, Defendant shall not enter Miami-Dade County. She shall in fact remain within Collier County (the Naples locale) without advance permission to the contrary from the USPO. After her arrival in California, she may live at the interim residence until she moves to the more permanent townhouse, all as discussed, and all on a schedule the USPO approves. Defendant must make the USPO aware of, and secure advance USPO approval for, each and every step of the schedule along the way of these various trips and residence changes.

---

PRESENT:    HON. <u>ROBERT E. WIER</u>, UNITED STATES MAGISTRATE JUDGE

<u>Susan Adkins</u>              <u>Audio File No.</u>              <u>Dmitriy Slavin</u>
Deputy Clerk              Court Reporter              Assistant U.S. Attorney

Counsel for Defendant <u>Jaron P. Blandford</u>    <u>x</u> present ___appointed  <u>x</u> retained

I, Susan L. Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-17-cr-118-KKC-REW-1_20171219_154626.

PROCEEDINGS:       INITIAL APPEARANCE AND ARRAIGNMENT

| | |
|---|---|
| <u>x</u> | Defendant received copy of Indictment. |
| <u>x</u> | Defendant states true name is <u>Katharine E. Matthews.</u> |
| <u>x</u> | Defendant advised the Court that she retained counsel. |
| <u>x</u> | Court advised Defendant of constitutional rights pursuant to Rule 5, F. R. Cr. P. |
| <u>x</u> | Court advised Defendant of nature of charges and possible penalties. |
| <u>x</u> | Defendant waives formal arraignment. |
| <u>x</u> | Defendant waives reading of Indictment - Information.      ____ Indictment - Information read. |
| <u>x</u> | Defendant pleads ____Guilty to Counts _____    <u>x</u> Not guilty to Counts <u>ALL</u> |
| <u>x</u> | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| <u>x</u> | Parties shall file PRETRIAL MOTIONS pursuant to the Court's pretrial order to be entered. |
| <u>x</u> | Court assigned for **JURY TRIAL** on <u>January 22, 2018, at 9:00 a.m., counsel to appear at 8:30 a.m., before Chief Judge Karen K. Caldwell in Lexington, Kentucky.</u> |
| <u>x</u> | Number of days expected for trial <u>4</u>. |
| <u>x</u> | Court released Defendant on conditions. |
| <u>x</u> | USPO to circulate PSR to counsel. Counsel may retain PSR while detention issues pend but may not copy or disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:  COR, USP, USM, D, JC,CJA
Initials of Deputy Clerk <u>sla</u>
TIC:    0/.32

Signed By:

*Robert E. Wier*

United States Magistrate Judge