UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL BRANCH AT LEXINGTON
CASE # 5:17-cr-00118-KKC-REW

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

KATHERINE MATTHEWS                                                          DEFENDANT

## MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

Comes now the Defendant, Katherine Matthews, by and through undersigned counsel and respectfully MOVES the Court to modify the terms and conditions of her release to allow her to travel out of the country on Friday, June 29th to Mykonos, Greece, returning on Wednesday July 11th, 2018. The itinerary for Defendant is herewith enclosed.

In support of said motion counsel would state as follows:

1. The Defendant was indicted some time ago and has made all Court appearances.

2. According to the United States Probation Office in California and in Lexington, the Defendant has maintained all conditions of her release. She has reported when requested, has not turned any dirties and is otherwise not in any type of violation of her release.

3. As the Court is aware she was required to turn over her United States passport which would require for it to be returned only for the time of the trip.

WHEREFORE, the Defendant prayers that her terms and conditions be modified to the time table attached herewith and incorporated by reference hereto.

1

Respectfully submitted,

/s/ *Andrew M. Stephens*
HON. ANDREW M. STEPHENS
Attorney for Defendant
107 Church Street, Suite 200
Lexington, KY 40507
Phone: 859-233-2232
Fax: 859-254-3992

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Andrew M. Stephens*
ANDREW M. STEPHENS