UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL BRANCH AT LEXINGTON
CASE # 5:17-cr-00118-KKC-REW

UNITED STATES OF AMERICA								PLAINTIFF

v.		**MOTION TO MODIFY ARRAIGNMENT ORDER**

KATHERINE MATTHEWS									DEFENDANT

Comes now the Defendant, Katherine Matthews, by and through undersigned CJA counsel and respectfully MOVES the Court to amend its order requiring the Defendant to appear in person to answer the superseding arraignment recently issued. Counsel for this Defendant advises the Court that in conversations with CJA counsel, Adele Burt Brown and Russell Baldani that this request is made on behalf of their clients Robert Earl Wallace and Torrey Ward, respectfully.

Each of the three (3) of these individuals reside in California and have been given notice of the Superseding Indictment on Friday, July 6, 2018 and the fact that they have each been named in a new count in Count 3.

All three (3) of the Defendants are indigent and are out on terms and conditions of release on bond to all counsel's knowledge there have been no violations of the terms and conditions of bond and release. To appear in person would mean a significant financial and personal hardship to appear on literally five (5) days notice from California to Eastern District of Kentucky.

**WHEREFORE**, Counsel requests the Court modify its order to either schedule a video arraignment between United States District Court House in Lexington and a like Courthouse in the District of California or to allow the clients to be excused from personal appearance herein, or to set up a personal appearance before a United States Magistrate in the appropriate district in California. Counsel has also contacted the United States Attorney's Office, who advises it has no objection to this motion and counsel appreciates the Court's consideration of same.

Respectfully submitted,

/s/ *Andrew M. Stephens*
HON. ANDREW M. STEPHENS
Attorney for Defendant
107 Church Street, Suite 200
Lexington, KY 40507
Phone: 859-233-2232
Fax: 859-254-3992

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Andrew M. Stephens*
ANDREW M. STEPHENS