GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. B

# Jeremy S. Triplett, M.S., F-ABC

Address: 100 Sower Blvd., Suite 102, Frankfort, KY 40601
Phone: 502-564-5230     Email: jeremy.triplett@ky.gov

*Curriculum Vitae*

## Relevant Experience

Forensic Laboratory Supervisor – Controlled Substances, Kentucky State Police Central Forensic Lab – July 1, 2009 to present
- Manage day-to-day operations of controlled substances section including supervising and evaluating employees, encouraging employee development, managing casework flow and efficiency, and recommending purchases
- Increased casework turnaround efficiency by 78% within the first two years of supervising the section
- Led section to maintain an average case turnaround time of less than 15 days for the last four years, despite the loss of 1 FTE in 2012
- Implemented a research initiative to the section that resulted in a grant award from the National Institute of Justice ($118,195) and publication in the Journal of Forensic Sciences

Technical Leader – Controlled Substances, Kentucky State Police Forensic Labs – August 2007 to November 2017; January 2018 to present
- Responsible for technical oversight of state-wide drug chemistry section (six branches) including policy and manual drafting and revision, annual internal audits, corrective action oversight, writing and evaluation of training programs, evaluation of trainees, and monitoring drug chemistry section's compliance with international accreditation requirements.
- Successfully transitioned statewide drug chemistry section from ASCLD/LAB-Legacy accreditation to ASCLD/LAB-*International* accreditation
- Regularly interface with state policy-makers during annual legislative sessions and advise on controlled substance issues facing the Commonwealth of Kentucky
- Partner with state's criminal justice training office to provide periodic training and education to local and state law enforcement officers on controlled substances

Board of Directors – American Society of Crime Lab Directors – May 2013 to present
- Along with other board members, manage business affairs of international non-profit organization dedicated to providing excellence in forensic science through leadership and innovation
- Chairman of Training and Education committee (2013)
- Developed first-of-its-kind training program for new supervisors in the forensic field that enrolled 76 students, provided 3,040 total hours of training, and generated $46,000 of revenue for the organization in its first offering
- Chairman of the Advocacy committee (2014)
- President-Elect (2015)
- President (2016)
- Immediate Past-President (2017)

Forensic Science Standards Board – NIST Organization of Scientific Area Committees – October 2014 to September 2017
- Chaired the oversight board of a 600+ member organization composed of forensic science practitioners, professional organization stakeholders, and members from the legal and academic communities tasked with coordinating the development of standards and guidelines for the forensic science community to improve quality and consistency.
- Directed meetings of the board, coordinate with chairs of resource committees to facilitate information exchange among the organization, and liaise with the National Institute of Standards and Technology on priorities and function of the organization.

Certified Technical Assessor – American Society of Crime Lab Directors / Lab Accreditation Board – May 2010 to present
- Drug chemistry technical assessor for ASCLD/LAB-*International* accreditation surveillance visit of a state forensic laboratory, July 2017.
- Drug chemistry technical assessor for ASCLD/LAB-*International* accreditation assessment of a state forensic laboratory system, August 2014.
- Drug chemistry technical assessor for ASCLD/LAB-*International* accreditation assessment of an international (non-US) nationwide forensic laboratory, March 2013.

- Drug chemistry technical assessor for ASCLD/LAB-*International* accreditation assessment of an international (non-US) nationwide forensic laboratory, February 2012.
- Drug chemistry technical assessor for ASCLD/LAB-*International* accreditation assessment of a U.S. metropolitan police department forensic laboratory, November 2010.

Instructor
- ASCLD Leadership Academy (2018, 2019)

Grant Reviewer
- National Institute of Justice (2014, 2015, 2016, 2017)

International Scientific Council
- Emirates International Forensic Conference and Exhibition

Expert Testimony
- Testified in the field of drug chemistry in Local, State, and Federal courts in Kentucky

## Education
M.S. Pharmacy, University of Florida, Gainesville, FL, December 2008
B.S. Chemistry, University of Kentucky, Lexington, KY, August 2001

## Relevant Training

| Date | Event | Organization | Location |
|---|---|---|---|
| June 4 – 6, 2019 | Annual Meeting | MWCLD | Madison, WI |
| May 19 – 23, 2019 | 46th Annual Symposium | ASCLD | St. Louis, MO |
| May 20 – 24, 2018 | 45th Annual Symposium | ASCLD | Atlanta, GA |
| April 30 – May 3, 2017 | 44th Annual Symposium | ASCLD | Dallas, TX |
| April 24-28, 2016 | 43rd Annual Symposium | ASCLD | Bellevue, WA |
| February 22-27, 2016 | 68th Annual Scientific Meeting | AAFS | Las Vegas, NV |
| April 26-30, 2015 | 42nd Annual Symposium | ASCLD | Washington, DC |
| February 16-21, 2015 | 67th Annual Scientific Meeting | AAFS | Orlando, FL |
| May 4-8, 2014 | 41st Annual Symposium | ASCLD | Scottsdale, AZ |
| February 25-26, 2014 | 66th Annual Scientific Meeting | AAFS | Seattle, WA |
| June 25-26, 2013 | Annual Meeting | MWCLD | Louisville, KY |
| May 5-9, 2013 | 40th Annual Symposium | ASCLD | Durham, NC |
| Sept. 24-28, 2012 | 41st Annual Meeting | MAFS | Milwaukee, WI |
| June 4-8, 2012 | Forensic Science Management Best Practices | MFRC | Omaha, NE |
| September 18-22, 2011 | ASCLD 39th Annual Symposium | ASCLD | Denver, CO |
| April 10-15, 2011 | Forensic Management Academy | West Virginia University | Morgantown, WV |
| September 12-16, 2010 | ASCLD 38th Annual Symposium | ASCLD | Baltimore, MD |
| April 19-23, 2010 | ASCLD/LAB-International Assessor Course | ASCLD/LAB | Raleigh, NC |
| March 25-27, 2008 | ISO Accreditation Preparation Training | ASCLD/LAB | Lexington, KY |
| Sept. 5-8, 2007 | 17th Annual Technical Training Seminar | CLIC | Las Vegas, NV |
| May 7-11, 2007 | Forensic Chemist Seminar | DEA | Sterling, VA |
| Spring 2003 | "Spectroscopic Solutions" | Thermo Electron Corp. | Indianapolis, IN |

## Employment
Kentucky State Police -- Central Forensic Laboratory – Frankfort, KY     May 2003 – present

| Date | Position |
|---|---|
| July 2009 – present | Forensic Laboratory Supervisor |
| February 2009 – July 2009 | Forensic Scientist Specialist II |
| August 2006 – February 2009 | Forensic Scientist Specialist I |
| May 2004 – August 2006 | Chemist II |
| May 2003 – May 2004 | Chemist I |

University of Kentucky – Laboratory Research Assistant – Lexington, KY        April 2001 – May 2003
    Dr. Stephen Holmes' Research Group        January 2003 – May 2003
    Dr. Stephen Holmes' Research Group        January 2002 – August 2002
    Dr. David Atwood's Research Group          April 2001 – May 2002

## Publications

1. Triplett, J. Review of: Quality Management in Forensic Science. *J Forensic Sci*, **2019**, 64(3), 969-969.
2. Fiorentin, T.; Krotulski, A.; Martin, D.; Browne, T.; Triplett, J.; Conti, T.; Logan, B. Detection of Cutting Agents in Drug-Positive Seized Exhibits within the United States. *J Forensic Sci*, **2019**, 64(3), 888-896.
3. Slavova, S.; Costich, J.; Bunn, T.; Luu, H.; Singleton, M.; Hargrove, S.; Triplett, J.; Quesinberry, D.; Ralston, W.; Ingram, V. Heroin and fentanyl overdoses in Kentucky: Epidemiology and surveillance. *International Journal of Drug Policy*, **2017**, 46, 120-129.
4. Triplett, J.; Hatfield, J.; Kaeff, T.; Ramsey, C.; Robinson, S.; Standifer, A. Raman Spectroscopy as a simple, rapid, non-destructive screening test for methamphetamine in clandestine laboratory liquids. *J Forensic Sci*, **2013**, 58(6), 1607-1614.
5. Withers, J. R.; Li, D.; Triplett, J.; Ruschman, C.; Parkin, S.; Wang, G.; Yee, G. T.; Holmes, S. M. Syntheses, Structures, and Magnetic Characterization of One- and Two-Dimensional Octacyanometalate(V)-Based Networks: $\{[M^{II}(DMF)_4]_3[M^V(CN)_8]_2\}_n$ ($M^{II}$ = Mn, Ni; $M^V$ = Mo, W). *Polyhedron*, **2007**, *26*, 2353-2366.
6. Withers, J. R.; Li, D.; Triplett, J.; Ruschman, C.; Parkin, S.; Wang, G.; Yee, G. T.; Holmes, S. M. A Two-Dimensional Octacyanomolybdate(V)-Based Ferrimagnet: $\{[Mn^{II}(DMF)_4]_3-[Mo^V(CN)_8]_2\}_n$. *Inorg. Chem.* **2006**, *45*, 4307-4309.
7. Triplett, J. Cocaine Cylinders in Shelbyville, Kentucky. *Microgram Bulliten* [Online], **2005**, *38* (11) http://www.usdoj.gov/dea/programs/forensicsci/microgram/mg1105/mg1105.html (accessed Feb 26, 2009).

## Presentations

1. Triplett, J. How a Quality System Fits the Emerging Needs of the Justice System (Kentucky Experience on Fentanyl), Presented at: 2nd Annual International Symposium of Forensic Sciences, 2018 August 21, Mexico City, Mexico.
2. Triplett, J. The United States synthetic opioid problem and the forensic laboratory: Effects on safety, casework analysis, and legal challenges, Presented at: 2nd Annual Emirates Forensic Conference, 2018 April 10, Dubai, UAE.
3. Triplett, J. Forensic Reform: Lessons Learned from the U.S. Experience, Presented at: Costa Rica Forensic Science Symposium, 2018 March 20, San Juan, Costa Rica.
4. Triplett, J. History of Forensic Science in the United State: What led to reform?, Presented at: 1st Annual International Symposium of Forensic Science, 2017 August 7, Mexico City, Mexico.
5. Triplett, J. Toward a Better Partnership: Advancing Researcher/Practitioner Partnerships in a Post-NAS Forensic World, Presented at: Southeastern Regional Meeting of the American Chemical Society, 2014 October 17, Nashville, TN.
6. Triplett, J. It's not potpourri: Examining the latest designer drug trends in Kentucky, Presented at: 5th Annual Different Faces of Substance Abuse Conference, 2014 January 28-29, Lexington, KY.
7. Triplett, J.; Ingram, V. An Update on Synthetic Drugs in Kentucky, Presented at: 19th National Symposium on Juvenile Services, 2013 October 20-24, Louisville, KY.
8. Triplett, J. Pending ISO Standards for Forensic Manufacturers, Presented at: 24th International Symposium on Human Identification, 2013 October 7-10, Atlanta, GA.
9. Triplett, J. National Survey on the Use of Court Fees for the Funding of Crime Laboratory Operations. Poster Session presented at: 40th Annual ASCLD Symposium, 2013 May 5-9, Durham, NC.
10. Triplett, J. Carcinogenic Contaminants in Firefighter Clothing. Poster Session presented at: 223rd ACS National Meeting, 2002 April 7-11, Orlando, FL.

## Grant Awards

Triplett, J. Raman Spectroscopy with Multi-component Searching for Complex Clandestine Laboratory Sample Analysis, **2010-2013**, National Institute of Justice, $118,195

## Awards / Recognitions

Forensic Services Supervisor Civilian Award, Kentucky State Police (2015)
Forensic Services Supervisor Civilian Award, Kentucky State Police (2012)
Certificate of Excellence, Kentucky State Police (2012)
Awarded "Fellow" status by the American Board of Criminalistics (2010)
Cum Laude Honors and Departmental Honors in Chemistry, University of Kentucky (2002)

**Affiliations**
American Society of Crime Laboratory Directors (ASCLD)
American Academy of Forensic Sciences (AAFS)
Honorable Order of the Kentucky Colonels