

# Billianne Withers

**Lexington KY 40514**
859-433-8606   Billianne.Withers@ky.gov

Education

-University of Kentucky, Lexington KY

1987-1991   Bachelor of Science, Accounting

Field of Study: Business Accounting with minor in Agricultural Economics.

Courses included: Management, Economics, Marketing, Computer Science, and Finance

Relevant Experience

Kentucky State Police, Drug Enforcement Special Investigations

2006-Present   Audit for Special Investigations II For Drug Enforcement Special Investigations East

Verify accuracy of KSP 94's for DE/SI East and assigned Posts. Educates and answer investigators questions regarding how to properly fill out KSP 94. Assist with the examinations and analysis of documents, financial records and other materials relative to criminal investigations conducted by agency investigators. Prepare charts, graphs, financial spreadsheets. Tesify in court proceedings regarding the results of the review of the financial records.

1999-2006 Audit Team Leader with KY Department of Transportation

Audit trucking companies that travel thru the state of Kentucky for weight distance tax.

Conduct audit field work in accordance with applicable laws, regulations, and establish

Policies. Summarize in detail information obtained during field work. Provide detail

Description of audit procedures preformed and audit findings and results.

Lexington Center Corporation- Lexington , Kentucky

1992- Present          Customer Service Representative

Contributed to all aspects of ticket distribution for Lexington Center events.

Demonstrated effective presentation skills. Successfully maintained cash drawer including accurate recording of financial transactions.