

GOVERNMENT EXHIBIT

CASE NO. _____

EXHIBIT NO. D

Name:  Ryan Gorman

Address:  6643 Hazeltine National Drive, Orlando, FL 32822

Office:  (407) 858-3872

Cell:

---

Position Applying For:  Criminal Investigator (Ice Rep)

Announcement number:

**Employment History:**

*Employer*:  Department of Homeland Security, Homeland Security Investigations

Current Location:  Assistant Special Agent in Charge, Orlando, FL

Title:  Special Agent (GS 13, Series 1811)

Date:  March 2006-present

**General Responsibilities**

- Initiate and lead complex criminal investigations into transnational drug trafficking organizations (DTOs) located in Latin America, the Caribbean, and other regions of the world to include Australia and the "Golden Triangle" region of Southeast Asia.
    - Familiar with the ways in which DTOs and narcotic traffickers conduct their criminal enterprises such as the methods of importing and distributing narcotics, money laundering, and the use of aircraft and vessels to facilitate their illegal acts.

- Well versed in HSI's statutory authority provided to HSI Special Agents under Title 19 and other related criminal statutes pertaining to extraterritorial authority.

- Conducted joint investigations with the Australian New South Wales Police Department in conjunction with the Department of Justice Narcotics and Dangerous Drug Section located in Washington, D.C.

- Coordinated investigations with HSI foreign offices and the Office of International Affairs.

- - Acted as the liaison to multiple host nations' law enforcement personnel in law enforcement activities such as interviews of targets, arrests pursuant to provisional arrest warrants and seizures.

- Accompanied foreign law enforcement personnel while they conduct interviews of U.S. persons on U.S. soil in accordance with HSI policy on joint investigations.

**Accomplishments and Related Skills**

- Initiated the creation and implementation of an investigative group designed to target aircraft sales to drug traffickers and other transnational criminal organizations. This investigative group was given an operational name "Operation Calusa" and designated TECS project code 1GB.
  - Operation Calusa was successful and recognized at the headquarters level for disrupting and identifying individuals both foreign and domestic using aircraft escrow accounts to funnel illicit funds from offshore into the United States banking system to purchase the aircraft. This disruption pertained to the seizure of aircraft, bulk currency and bank accounts used for illicit activity.

- Provided training to multiple HSI and U.S. attorney offices throughout the United States on the methodology of Operation Calusa.

- Because of the international routes of narcotics traffickers involved with air smuggling, I was invited by the Australian Federal Police (AFP) to conduct training in Australia in September of 2015. While in Australia I also presented the training to members of the New South Wales (NSW) Police Force, the Australian Border Force (ABF) and the Australian Civil Aviation Safety Authority (CASA). Subsequent to the training in Australia, I was invited to Miami to conduct additional training to members of the Canadian Border Services Agency (CBSA), Royal Canadian Mounted Police (RCMP), and the United Kingdom National Crime Agency (NCA).

- Requested by the AFP to testify in criminal proceedings in Australia as an expert witness pursuant to a Mutual Legal Assistance Treaty.

- Utilized confidential informants in foreign countries and have coordinated their activities with the Office of International Affairs and HSI foreign offices.

- Served provisional arrest warrants in the Dominican Republic and have worked with the host nation on multiple extraditions. I have developed leads in nearly

every investigative category HSI has primary authorities to include counter proliferation, illegal immigration and customs violations.

- Initiated a joint investigation with HSI Northern Kentucky that resulted in the single largest cocaine and methamphetamine seizure in that state's history. This case involved the use of corporate jet aircraft to smuggle narcotics and bulk currency.

- 2018 OCDETF National Award recipient

2000-2003 (U.S. Customs Service Inspector)

2003-2006 (Customs and Border Protection Officer)

1994-1999 (United States Coast Guard)