Resume'

**Raymond M. Shaw**

FAA Frontline Manager Operations

Aviation Safety Inspector

10200 Forest Green BLVD, Suite 310

Louisville, KY 40223

| | |
|---|---|
| Certificates: | Airline Transport Pilot, Multi-engine Land |
| | Commercial Pilot, Airplane single engine |
| | Certified Flight Instructor, Airplane Single and Multi-Engine, Instrument Airplane |
| Experience: | Total time: 7700 Hours + |
| | Flight Instructor: 4500 Hours + |
| | Second in Command: 22 hours |
| | Turbine: 500 + |
| Aircraft: | Cessna Single Engine Series |
| | Cessna 300, 400, Series Multi-engine Aircraft |
| | Piper Single and Multi-engine Aircraft |
| | Beech Single and Multi-Engine Aircraft |
| | Bombardier CL600 (SIC) |



AO386-C
GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. E

# Work Experience

**Name:** Raymond M. Shaw

**Job Title:** Frontline Manager (FLM)

**From:** 11/2008 **TO:** Present

**Employer:** FAA 10200 Forest Green BLVD, Suite 200, Louisville, KY 40223

**Duties and Responsibilities:**

- Federal Aviation Administration, Rebecca Hoover, 502-753-4247,

- Worked in the capacity of "Acting Manager" when the Manager was called away on details, out of town meetings and on leave.

- Collaborates with Principal Inspectors, ASIs, and ASAs to meet FAA goals.

- Worked with the Office Manager to maintain unit travel budget in access of $19,000.

- Worked with the office Manager, 4040 Program Manager, and ASIs to maintain the flying budget EBC currency and budget of $72,000.

- Acted as primary point-of-contact with Air Traffic on related issues: REIIP, Pilot Deviations and inquiries.

- Worked with the Principal Operations/Maintenance/Avionics Inspectors and Office Manager to insure effective communication of any developing safety and regulatory compliance issues in operations which may impact the GA Unit were addressed with the appropriate surveillance, enforcement or corrective action plan.

- Proactively applies knowledge of customers requirements to identify and address problems and help improve customers products and services.

- Performed management visits to Air Operators and Air Agencies in support of the CSI and feedback initiatives as well as office goal plan.

- Managed Certification Services Oversight Process for prospective CFR part 135, 137, 145 and 141 certification for CE-17. Is currently managing 4 on-going certifications.

- I am the initial point-of-contact with the public for aviation complaints and inquires and have displayed the ability to communicate well with the public on diverse issues.

- Proactively works with customers to resolve issues/maintain compliance. When regulatory action is required, advises and supports the customers efforts to take necessary steps for compliance.

- Improves and applies advanced knowledge and skill to implement strategies that significantly improve the organization.

- Creates, models, and advocates new processes/procedures to maximize organizational resources and productivity. Recognizes external impact on programs and products and makes appropriate changes.

- Managed the selection of new POI through seniority selection and Assistant POI through bid selection.

- Promoted to acting Frontline Manager in November of 2008 and ensured that the unit completed all office and regional goals on-time and budget.

- Creates atmosphere where employees share information, propose and implement solutions to problems, and seek others input.

- Effectively assigned work to inspectors in three specialties; Operations, Maintenance, Avionics and 2 ASAs.

- Effectively managed a staff of 14 employees including six Principal Inspectors.

- I actively seek and promote a variety of knowledge, skills, viewpoints and talents of my inspectors and staff. I create shared solutions to enhance organizational success.

- Conducts Performance Management System (PMS) review of all employees.
- The GA Unit met all Regional and Office goals in FY11.

## Work Experience (Cont.)

**Name: Raymond M. Shaw**

**Job Title: Principal Operations Inspector (POI)**

**From:   01/2008 TO: 11/2008**

**Employer: FAA 10200 Forest Green BLVD, Suite 200, Louisville, KY 40223**

**Duties and Responsibilities:**

- Federal Aviation Administration, Rebecca Hoover, 502-753-4247,

- Collaborates with Principal Inspectors and others to maintain effective teamwork in managing assigned Air Carrier Certificates and programs.

- Maintains an effective interface with the people behind the assigned Air Carrier, as well as other members of the public.

- Reviews manuals associated with certification requirements of air carrier, air agencies, and air operators for accuracy and FAR compliance.

- Evaluates training programs to insure that they meet the requirements of the FARs, including flight simulators, training devices, and check airmen.

- Conducts aircraft proving runs in coordination with the principal inspector and National Resource.

- Conducts surveillance of training, records, and operations of assigned Air Carrier and Air Agencies for safety, quality, and compliance with Federal Aviation Regulations and company manuals.

- Carries out enroute inspections of part 121 and 135 Air Carriers to ensure safety and regulatory compliance of line operations.

- Conducts on-scene accident and incident investigation, coordinating information with the National Transportation Safety Board.

- Conducts enforcement investigations and submits final report with recommendations for disposition.

- Investigates and responds to occurrences, congressional inquires, hot line complaints, and other public complaints concerning performance of assigned Air Carriers, Air Agencies, and part 91 operators.

- I am a constant and willing mentor to other employees in the office.

- Assures that aviation organizations and airmen comply with regulatory requirements and reports deficiencies to the principal inspector or supervisor.

- Conducts re-examination of certificated airmen or recertification of an air operator or air agency.

- Performed a variety of airmen certification functions.

- Monitor pilots, flight instructors, designated examiners, check airmen, airshows, air races, and aviation training activities.

# Work Experience (Cont.)

**Name:** Raymond M. Shaw

**Job Title: Assistant Principal Operations Inspector (APOI)**

**From:   11/2003 TO: 01/2008**

**Employer: FAA 10200 Forest Green BLVD Louisville, KY 40223**

**Duties and Responsibilities:**

- Collaborate with Principal inspectors and others to maintain effective teamwork in managing assigned Air Carrier Certificates and programs.

- Maintain an effective interface with the people behind the assigned Air Carrier, as well as other members of the public.

- Reviewed manuals associated with certification requirements of air carrier, air agencies, and air operators for accuracy and FAR compliance.

- Evaluated training programs to insure that they meet the requirements of the FAR's, including flight simulators, training devices, and check airmen.

- Conduct aircraft proving runs in coordination with the principal inspector and National Resource.

- Conducts surveillance of training, records, and operations of assigned Air Carrier and Air Agencies for safety, quality, and compliance with Federal Aviation Regulations and company manuals.

- Carry out enroute inspections of part 121 and 135 Air Carriers to ensure safety and regulatory compliance of line operations.

- Conducts on-scene accident and incident investigation, coordinating information with the National Transportation Safety Board.

- Conducts enforcement investigations and submits final report with recommendations for disposition.

- Investigates and responds to occurrences, congressional inquires, hot line complaints, and other public complaints concerning performance of assigned Air Carriers, Air Agencies, and part 91 operators.

- Constant and willing mentor to other employees in the office.

- Assures that aviation organizations and airmen comply with regulatory requirements and reports deficiencies to the principal inspector or supervisor.

- Conducts re-examination of certificated airmen or recertification of an air operator or air agency.

- Performed a variety of airmen certification functions.

- Monitor pilots, flight instructors, designated examiners, check airmen, airshows, air races, and aviation training activities.

## Work Experience

**Name: Raymond M. Shaw**

**Title: Pilot, Part 135**

**From:   January 2000    TO: June 2001**

**Employer: Wilkinson Flying Service, Lexington, KY**

**Duties and Responsibilities:**

- Maintained pilot qualification under part 135.247 for day and night recent experience.

- Maintained pilot records to establish currency and crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained duty time files to establish and determine flight crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained and revised operational manuals in accordance with applicable part 135 regulations and company operational manual.

- Knowledgeable of company manuals, federal regulations, operations specifications, and Aircraft Flight Manuals.

- Plans flight assignment and obtained weather briefing though FSS or Duats.

- Prepared or supervised preparation of flight planning considering factors such as altitude, terrain, weather, range, weight, airport facilities, navigational aids, and fuel.

- Preformed required preflight inspection for mechanical and operational soundness; ensured communication and navigational equipment was functional.

- Ensured that all required equipment was on board the aircraft.

- Ensured that all aeronautical charts were current and appropriate for route of flight.

- Ensures that all required airworthiness inspections are current.

- Supervises the loading of cargo; determines the weight and balance are within the prescribed limits and completes the load manifest in accordance with company procedures.

## Work Experience (Cont.)

**Name: Raymond M. Shaw**

**Job Title: Chief Pilot**

**From:   June 1998        TO: January 2000**

**Employer: Applebee's Restaurants, Lexington, KY**

**Duties and Responsibilities:**

- Responsible for the safe and efficient transportation of company executives to business and vacation destinations.

- Ensures company aircraft are maintained in accordance with applicable FAR's.

- Preparing and maintaining company records accurately.

- Maintaining flight proficiency in accordance with FAR's.

- Liaison between the corporate office and the flight department.

## Work Experience (Cont.)

**Name: Raymond M. Shaw**

**Job Title: Pilot Part 135 & Contract**

**From:   May 1995         TO: September 1996**

**Employer: Horizon Air Inc. Capital City Airport, Frankfort Ky.**

**Duties and Responsibilities:**

- Maintained pilot qualification under part 135.247 for day and night recent experience.

- Maintained pilot records to establish currency and crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained duty time files to establish and determine flight crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained and revised operational manuals in accordance with applicable part 135 regulations and company operational manual.

- Knowledgeable of company manuals, federal regulations, operations specifications, and Aircraft Flight Manuals.

- Plans flight assignment and obtained weather briefing though FSS or Duats.

- Prepared or supervised preparation of flight planning considering factors such as altitude, terrain, weather, range, weight, airport facilities, navigational aids, and fuel.

- Preformed required preflight inspection for mechanical and operational soundness; ensured communication and navigational equipment was functional.

- Ensured that all required equipment was on board the aircraft.

- Ensured that all aeronautical charts were current and appropriate for route of flight.

- Ensures that all required airworthiness inspections are current.

- Supervises the loading of cargo; determines the weight and balance are within the prescribed limits and completes the load manifest in accordance with company procedures.

# Work Experience (Cont.)

**Name: Raymond M. Shaw**

**Job Title: 135 Charter Pilot**

**From:   1994     TO: May 1995**

**Employer: Aero-Tech Inc. 4330 Hanger Dr. Lexington, KY 40510**

**Duties and Responsibilities:**

- Maintained pilot qualification under part 135.247 for day and night recent experience.

- Maintained pilot records to establish currency and crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained duty time files to establish and determine flight crew eligibility for duty under part 135 on-demand Air Carrier.

- Maintained and revised operational manuals in accordance with applicable part 135 regulations and company operational manual.

- Knowledgeable of company manuals, federal regulations, operations specifications, and Aircraft Flight Manuals.

- Plans flight assignment and obtained weather briefing though FSS or Duats.

- Prepared or supervised preparation of flight planning considering factors such as altitude, terrain, weather, range, weight, airport facilities, navigational aids, and fuel.

- Preformed required preflight inspection for mechanical and operational soundness; ensured communication and navigational equipment was functional.

- Ensured that all required equipment was on board the aircraft.

- Ensured that all aeronautical charts were current and appropriate for route of flight.
- Ensures that all required airworthiness inspections are current.

- Supervises the loading of cargo; determines the weight and balance are within the prescribed limits and completes the load manifest in accordance with company procedures.