UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  V.  **KATHERINE MATTHEWS,**  Defendant. | **CRIMINAL NO. 5:17-118-KKC**  **ORDER** |

*** *** ***

The Defendant, Katherine Matthews, asks this Court to allow the United States Probation Office in Los Angeles, California to determine when and where she may travel while she is on bond awaiting trial. While this Court has been lenient in allowing the defendant to travel from California to New Hampshire to visit her mother, it is reluctant to completely delegate this important supervisory responsibility to the United States Probation Office. Accordingly, the Motion is DENIED.

Dated November 7, 2019

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY